March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

RALPH MERCADO

              Defendant.
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21 -CR-153 (PMH)

Defendant RALPH MERCADO hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

_X_    Status and/or Scheduling Conference May 31, 2022

___    Misdemeanor Plea/Trial/Sentence


_/s/ Ralph Mercado by JSW_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

RALPH MERCADO
Print Defendant's Name

/s/ John S. Wallenstein
Defense Counsel's Signature

JOHN S. WALLENSTEIN, ESQ.
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

**May 31, 2022**
Date

U.S. District Judge/~~U.S. Magistrate Judge~~