LAW OFFICES
# JOHN S. WALLENSTEIN
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600  FAX (516) 742-5040**
EMAIL: JSWallensteinEsq@outlook.com

October 20, 2022

**BY ECF**

Hon. Philip M. Halpern
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:   **United States v. Kindle, et al**
              **Defendant Ralph Mercado**
              **Docket # 21 CR 153 (PMH)**

> Application granted. The status conference scheduled for 10/24/2022 at 10:00 a.m. is adjourned to 12/01/2022 at 10:00 a.m. in Courtroom 520.
>
> **SO ORDERED.**
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            October 21, 2022

Dear Judge Halpern;

    In light of the Court's Order for a third competency examination of Mr. Mercado, I respectfully request that the status conference scheduled for Monday October 24 be adjourned for sixty days or until completion of the exam, whichever event first occurs.

    18 U.S.C.§ 3161(h)(1)(A) provides that the time until the resolution of the competency issue is excluded from the time within which trial must commence. Of course, this examination is a joint request of the parties, and I therefore consent to the exclusion of time.

    Thank you for your courtesy and consideration.

                                   Respectfully yours,

                                   _John S. Wallenstein_
                                   JOHN S. WALLENSTEIN

JSW/hs