LAW OFFICES
# JOHN S. WALLENSTEIN
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600  FAX (516) 742-5040**
EMAIL: JSWallensteinEsq@outlook.com

November 28,

> Application granted.
>
> The status conference currently scheduled for December 1, 2022 is adjourned to **February 7, 2023 at 9:30 a.m.** in Courtroom 520
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         November 28, 2022

**BY ECF**

Hon. Philip M. Halpern
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:    **United States v. Kindle, et al**
             **Defendant Ralph Mercado**
             **Docket # 21 CR 153 (PMH)**

Dear Judge Halpern;

    I write to apprise the Court of the current status of the defense evaluation of Mr. Mercado, and to request an adjournment of the conference scheduled for Thursday, December 1.

    The Court ordered a third evaluation of Mr. Mercado, to be conducted by a BOP psychologist. Unfortunately, Mr. Mercado was recently hospitalized, again, for a condition which required surgery. As a result, the MDC psychologist, Dr. Andrea Jenkins, was unable to complete her examination. When I spoke with her last week, she estimated that she would need at least another 30 days to complete her examination and draft a report.

    We therefore respectfully request that the conference scheduled for Thursday December 1 be adjourned, as there is nothing further to report except as noted. The Government concurs, and consents to the adjournment. The defense agrees to waive speedy trial, although we note that the pendency of the competency examination automatically stays the clock.

**LAW OFFICES**
**JOHN S. WALLENSTEIN**

Hon. Philp M. Halpern<br>
November 28 2022<br>
Page 2 of 2<br>
21 CR 153 (PMH)

    We understand that the Court is not available until late January. I expect to be on trial beginning January 24, for about ten days, so an earlier appearance is not feasible. Mr. Cangelosi advises that the Court is available on February 7, 2023 at 9:30 a.m., so we respectfully request an adjournment until then.

    Thank you for your courtesy and consideration.

Respectfully yours,<br><br>
JOHN S. WALLENSTEIN

JSW/hs

cc:    AUSA Nicholas Bradley (by ECF)
        AUSA Jennifer Ong (by ECF)