**LAW OFFICES**
**JOHN S. WALLENSTEIN**
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600  FAX (516) 742-5040**
**EMAIL: JSWallensteinEsq@outlook.com**

February 3, 2023

**BY ECF**

Hon. Philip M. Halpern
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:   **United States v. Kindle, et al.**
           **Defendant Ralph Mercado**
           **Docket # 21 CR 153 (PMH)**

Dear Judge Halpern;

    This matter is scheduled for conference on Tuesday February 7, 2023 at 9:30 a.m. Simultaneously herewith, I have filed a letter advising the Court of the status and anticipated proceeding son Tuesday.

    I am scheduled to appear at a 10:00 status conference (by telephone) in a multi-defendant case before Judge Román, which may take some time. I am concerned that we will be unable to complete the conference on Mr. Mercado's matter before that, as the issues may be complex and time-consuming.

    I respectfully request that Mr. Mercado's conference be rescheduled for 11:00 a.m. or any time after that convenient to the Court.

    Thank you for your courtesy and consideration.

Respectfully yours,

*John S. Wallenstein*
JOHN S. WALLENSTEIN

JSW/hs

---

Application granted.

The conference scheduled in this matter on February 7, 2023 at 9:30 a.m. is rescheduled to February 7, 2023 at 11:00 a.m. in Courtroom 520.

**SO ORDERED.**

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
           February 3, 2023