**LAW OFFICES**
**JOHN S. WALLENSTEIN**
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600  FAX (516) 742-5040**
EMAIL: JSWallenst…

February …

**BY ECF**

Hon. Philip M. Halpern
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    **Re:  United States v. Kindle, et …**
          **Defendant Ralph Mercado**
          **Docket # 21 CR 153 (PMH)**

> Application granted.
>
> The conference scheduled for February 7, 2023 shall be adjourned to February 21, 2023 at 12:45 p.m.
>
> **SO ORDERED.**
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          February 6, 2023

Dear Judge Halpern;

    This matter is scheduled for conference on Tuesday February 7, 2023, but we understand that the Court will not be available. I have conferred with AUSA Nicholas Bradley, and we agree that before Mr. Mercado can be formally arraigned, Your Honor must make a finding of competency, in order to make the record clear and avoid potential appellate issues.   We do anticipate such a finding, as I intend to withdraw my objection to the competency report based on my client's present mental state.

     I therefore respectfully request that conference be rescheduled for 12:45 p.m. on February 21, 2023. Mr. Cangelosi advises that the Court is available, and both Mr. Bradley and I can be present.

    Thank you for your courtesy and consideration.

                                          Respectfully yours,

                                          _John S. Wallenstein_
                                          JOHN S. WALLENSTEIN

JSW/hs