**LAW OFFICES**
**JOHN S. WALLENSTEIN**
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
(516) 742-5600  FAX ...
EMAIL: JSWallenstein...

October 5, ...

> Application granted. The sentencing for Defendant Ralph Mercado scheduled for 10/26/2023 is rescheduled to 10/25/2023 at 2:30 p.m. in Courtroom 520 of the White Plains Courthouse. The government's sentencing submission is due by 10/12/2023.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             October 6, 2023

**BY ECF**

Hon. Philip M. Halpern
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:   **United States v. Kindle, et al**
          **Defendant Ralph Mercado**
          **Docket # 21 CR 153 (PMH)**

Dear Judge Halpern;

    Mr. Mercado is scheduled to be sentenced on October 26, 2023 at 11:00. I write to respectfully request a re-scheduling of the sentencing, because a conflict has arisen in my calendar; I represent a defendant in a multi-defendant case in EDNY Brooklyn, and the judge in that case has directed all counsel to appear in person for a status conference on October 26 at noon.

    I understand that Your Honor has a trial scheduled for late October. I respectfully request that this sentencing be re-scheduled earlier that week if possible; I am available any time on the 23rd or 25th, or after 2 PM on the 24th. I can also be available the following week, at any time on the 31st of October or November 1. I am not available on the 27th as I will be in the District Court in NDNY, or on the 30th as I have an afternoon sentencing in EDNY.

    I have discussed this request with AUSA Nicholas Bradley, who advises that he has no objection, and that the government will be available at any of the times I have requested.

    Thank you for your courtesy and consideration.

Respectfully yours,

*John S. Wallenstein*
JOHN S. WALLENSTEIN
